UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERNESTINA GARCIA

        VS                                     C.A. NO.: 13-617

HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE
FOR HOME EQUITY LOAN
TRUST SERIES ACE 2006-HE1, ALIAS,
HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE
FOR ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST, SERIES 2006-HE1, ASSET BACKED PASS-
THROUGH  CERTIFICATES, ALIAS
WELLS FARGO BANK, N.A., ALIAS
AND JOHN DOE

MOTION TO FILE AMENDED COMPLAINT

Plaintiff, by her Attorney, moves, pursuant to FRCP 15,  that this

Court allow her  to file a Second Amended Complaint in the form attached.


                                            ERNESTINA GARCIA
                                            By her Attorney

August 13, 2014

                                            /s/ John B. Ennis
                                            JOHN B. ENNIS, ESQ. #2135
                                            1200 Reservoir Avenue
                                            Cranston, Rhode Island 02920
                                            401-943-9230

## CERTIFICATION

I hereby certify that I emailed a copy of the above Motion to File an Amended Complaint to the following electronically on this 13th day of August, 2014.


Lauren J. Regis
Seyfarth Shaw, LLP
World Trade Center East
Boston, MA 02210-2028


/s/ John B. Ennis