UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERNESTINA GARCIA

        VS                                             C.A. NO.: 13-617

HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE
FOR HOME EQUITY LOAN
TRUST SERIES ACE 2006-HE1, ALIAS, ET AL

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO ANSWER DEFENDANT'S MOTION TO DISMISS**

Plaintiff, by her Attorney and Defendants, by their Attorney, agree to move to extend the time in which Plaintiff may respond to the Motion to Dismiss to March 24, 2016.  Due to recent circumstances additional time is needed for the response.  Defendants have assented to this extension based on Plaintiff's agreement that she will not seek any additional extensions of time in which to oppose Defendants' Motion to Dismiss.

                                              ERNESTINA GARCIA
                                              By her Attorney

March 8, 2016

                                              /s/ John B. Ennis
                                              JOHN B. ENNIS, ESQ. #2135
                                              1200 Reservoir Avenue
                                              Cranston, Rhode Island 02920
                                              (401) 943-9230
                                              jbelaw@aol.com

1

HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
HOME EQUITY LOAN TRUST
SERIES ACE 2006-HE1, HSBC
BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
ACE SECURITIES CORP. HOME
EQUITY LOAN TRUST, SERIES
2006-HE1, ASSET BACKED PASS-
THROUGH CERTIFICATES,
ALIAS, WELLS FARGO BANK,
N.A.
By its Attorney

March 8, 2016                    /s/ Lauren J. O'Connor
                                 LAUREN J. O'CONNOR, ESQ.
                                 Seyfarth Shaw, LLP
                                 World Trade Center East
                                 Two Seaport Lane
                                 Suite 300
                                 Boston, MA 02210-4800
                                 (617) 946-4924
                                 loconnor@seyfarth.com

CERTIFICATE OF SERVICE

I hereby certify that I emailed a copy of the above Stipulation to the following on this 8th day of March, 2016.

Lauren J. O'Connor, Esq.
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-4800

                                 /s/John B. Ennis
                                 JOHN B. ENNIS, ESQ.

2